IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Glenda Deaton,<br><br>PLAINTIFF<br><br>v.<br><br>Andrew M. Saul, Commissioner of Social Security Administration,<br><br>DEFENDANT | Case No. 4:20-cv-01885-TLW-TER<br><br><br>**Order** |

This matter is before the Court on the parties' consent motion to remand. ECF No. 18. For the reasons stated in the motion, the motion is **GRANTED**, and the Commissioner's decision is **REVERSED**. This case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings.

**IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Senior United States District Judge

June 2, 2021
Columbia, South Carolina

1